

In the United States District Court for the Eastern District of PA.

the People of the United States
vs
President Barack O'Bama
alis Barry Suturo
alis Little Black Bastard
 Born in Kenya South Africa

11 5458

## Complaint

As for the United States constitution a President must attain the 35 yrs of his birth and be a natural citizen by birth of the United States of America. Ms OBama on a recent televised interview with Oprah winfrey show <u>sliped and said</u> that her husband was born in Kenya South Africa. the President shews a bogus birth certificate from Hawaii that does not show what hospital or who delivered him. In releif we the People are asking that Barack OBama alis Barry suturio, alis Little Black Bastard be arrested for fraud and imprisoned Imediately

for the People of the United States
Donald Francis MacKay Jr
7022 Creaco Lane Phil. PA