IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD FRANCIS MACKAY, JR. | : | CIVIL ACTION |
| v. | : | |
| PRESIDENT BARACK OBAMA | : | NO. 11-5458 |

O R D E R

AND NOW, this 14th day of September, 2011, because plaintiff has failed to either pay the $350 filing fee to commence this civil action, or to file a motion to proceed in forma pauperis, it is hereby **ORDERED** that the Clerk of Court is directed to **CLOSE** this case statistically.

BY THE COURT:

_____
JOHN R. PADOVA, J.

FILED

SEP 14 2011

MICHAEL _____, Clerk
_____ Dep. Clerk