IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD FRANCIS MACKAY, JR. | : | CIVIL ACTION |
| v. | : | |
| PRESIDENT BARACK OBAMA | : | NO. 11-5458 |

O R D E R

AND NOW, this 6th day of October, 2011, plaintiff having filed a pro se civil complaint and an incomplete motion to proceed in forma pauperis, and plaintiff having filed a complete motion to proceed in forma pauperis in Civil Action No. 11-5136 in which he states that his monthly income is $1,448 and he has no dependents,[1] IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis is DENIED without prejudice for the reason that he has the financial means to pay the $350 filing fee to commence this civil action.

This case shall be marked CLOSED statistically.

BY THE COURT:

JOHN R. PADOVA, J.

FILED

OCT 6 2011

---

[1] The motions to proceed in forma pauperis in Civil Action Nos. 11-5135 and 11-5136 were both dated August 9, 2011, and filed in this Court on August 11, 2011.